IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNION INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 1:24-cv-13231 |
| | ) |
| AG BELLS II, LLC and SAMAIJ | ) |
| ANDERSON, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes Plaintiff, Union Insurance Company ("Union Insurance"), by and through its attorneys, Dana A. Rice and Adam P. Joffe of Traub Lieberman Straus & Shrewsberry LLP, and hereby submits a Notice of Dismissal pursuant to Rule 41(a)(1)(A)(i), as there is no longer a case or controversy.

This matter was filed as a Complaint for Declaratory Judgment relating to Union Insurance's duty to defend and/or indemnify AG Bells II, LLC ("AG Bells") in an underlying lawsuit filed by Samaij Anderson ("Anderson"). The parties have now settled their differences relating to insurance coverage by agreement. Neither AG Bells nor Anderson has served an appearance, answer, or responsive pleading. As such, there is no longer a case or controversy regarding insurance coverage that requires adjudication by this Court.

Under Rule 41(a)(1)(A)(i), "Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing…a notice of dismissal before the opposing party serves either an answer or a motion for summary

judgment." As noted above, neither AG Bells nor Anderson has filed an answer or motion for summary judgment.

Accordingly, Union Insurance respectfully submits this Notice of Voluntary Dismissal as to all parties and all claims in this matter.

**TRAUB, LIEBERMAN, STRAUS & SHREWSBERRY LLP**

By: _/s/ Adam P. Joffe_
Dana A. Rice (6283827)
Adam P. Joffe (6300116)
71 South Wacker Drive, Suite 2110
Chicago, IL 60606
P: 312-332-3900
F: 312-332-3908
drice@tlsslaw.com
ajoffe@tlsslaw.com

**ATTORNEYS FOR UNION INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed on January 21., 2025, with the Clerk of the Court using the CM/ECF System, which will send electronic notification of such filing to all counsel on record.

_/s/ Adam P. Joffe_____

Dana A. Rice (6283827)
Adam P. Joffe (6300116)
*Traub Lieberman Straus & Shrewsberry, LLP*
71 South Wacker Drive, Suite 2110
Chicago, IL 60606
P: 312-332-3900
F: 312-332-3908
drice@tlsslaw.com
ajoffe@tlsslaw.com